Decided September 12, 2005

## STATE OF CONNECTICUT *v.* DANNY HINES

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 440 (AC 24382), is denied.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Melissa Streeto Brechlin,* deputy assistant state's attorney, in opposition.

Decided September 12, 2005

## STATE OF CONNECTICUT *v.* MARIO AQUINO

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 395 (AC 24431), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant's plea of guilty was not rendered unknowingly and involuntarily due to ineffective assistance of counsel?"

The Supreme Court docket number is SC 17490.

*Conrad Ost Seifert,* special public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided September 12, 2005